UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 15-24946 |
| | § | |
| SACRAMENTO A-1 DOOR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kimberly Husted, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $300.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $261,086.27 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $524,250.67 | | |

3) Total gross receipts of $785,336.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $785,336.94 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $524,348.04 | $524,348.04 | $524,250.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $822.02 | $822.02 | $822.02 |
| General Unsecured Claims (from **Exhibit 7**) | $2,500.00 | $4,412,555.45 | $2,829,985.45 | $260,264.25 |
| **Total Disbursements** | $2,500.00 | $4,937,725.51 | $3,355,155.51 | $785,336.94 |

4). This case was originally filed under chapter 7 on 06/19/2015. The case was pending for 47 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2019　　　　　　　　　　By:　/s/ Kimberly Husted
　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Wells Banking 7530 and Sweep account 1801 | 1129-000 | $19,553.48 |
| outstanding collections | 1221-000 | $709.91 |
| Voidable Transfer litigation against board of Directors and owners of corporation | 1241-000 | $765,000.00 |
| Dell Class action settlment | 1249-000 | $73.55 |
| **TOTAL GROSS RECEIPTS** | | $785,336.94 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kimberly Husted, Trustee | 2100-000 | NA | $42,516.85 | $42,516.85 | $42,516.85 |
| Kimberly Husted, Trustee | 2200-000 | NA | $551.25 | $551.25 | $453.88 |
| Independent Bank | 2600-000 | NA | $501.28 | $501.28 | $501.28 |
| Integrity Bank | 2600-000 | NA | $1,044.41 | $1,044.41 | $1,044.41 |
| Franchise Tax Board | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Fees and expenses approved by Order 419, Attorney for Trustee | 3210-000 | NA | $82,377.00 | $82,377.00 | $82,377.00 |
| Approved per order ecf#385, Special Counsel for Trustee | 3210-600 | NA | $305,464.54 | $305,464.54 | $305,464.54 |
| Attorney for Trustee | 3220-000 | NA | $394.37 | $394.37 | $394.37 |
| Special Counsel for Trustee | 3220-610 | NA | $1,338.64 | $1,338.64 | $1,338.64 |
| Approved per order 410, Accountant for Trustee | 3410-000 | NA | $87,609.50 | $87,609.50 | $87,609.50 |
| Accountant for Trustee | 3420-000 | NA | $950.20 | $950.20 | $950.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $524,348.04 | $524,348.04 | $524,250.67 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $822.02 | $822.02 | $822.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $822.02 | $822.02 | $822.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Farmer Smith &#038; Lane, LLP | 7100-000 | $0.00 | $14,836.00 | $14,836.00 | $1,360.47 |
| 2 | Dunmore Canterbury, LLC and Dunmore Homes, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BFBA, LLP | 7100-000 | $2,500.00 | $2,500.00 | $2,500.00 | $229.25 |
| 4 | First Mercury Insurance Company | 7100-000 | $0.00 | $18,325.17 | $18,325.17 | $1,680.43 |
| 5 | Zurich American Insurance Company | 7100-000 | $0.00 | $3,734,570.00 | $2,750,000.00 | $252,176.58 |
| 6 | Brookview Ventures, LLC | 7100-000 | $0.00 | $16,495.00 | $16,495.00 | $1,512.60 |
| 7 | Andrew Kelso | 7100-000 | $0.00 | $625,000.00 | $27,000.00 | $2,475.92 |
| 9 | FRANCHISE TAX BOARD | 7200-000 | $0.00 | $829.28 | $829.28 | $829.00 |
| | Anderson Schoech | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Antonina C Lococo c/o Lococo and Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Birding & Weil, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Boornazian Jensen and Garthe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bowman and Brooke, LLP ATN Paris Schmidt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bowman and | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Brooke, LLP atn Paris Schmidt | | | | | |
| Certus Claims | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elgunidy Meyer & Koegel, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Evelyn Cook | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fenton Grant Mayfield Kaneda and Litt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Flynn Williams and Riley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Frank M. Morelli Dunning Law Firm | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Glaspy & Glaspy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Glen Van Dyke | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gordon and Rees, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Green and Hall | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jacobsen McElroy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James L. Bothwell Green & Hall | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| John B. Morrow Newmeyer & Dillion, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kenneth S. Kasdan Kasdan Weber Turner, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Koeller Nebeker Carlson Ha luck | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lattie Malanga Libertino | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Office of David A. Wallis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lee Hernandez Landrum Garofalo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lober Greenfield & Polito, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lorber Greenfield Polito | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Margie Rouss Riverstone | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mark J. Masterson Milstein Adelman, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Mark Mittleman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Matthew Brueckner Law Office of Matthew arueckner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Levanai | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Milstein Adleman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Newmeyer & Dillon, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Porter Scott | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prout Levangie | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ryan T. Antes Koeller, Nebeker, Carlson & Haluck, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shawn C. Loorz Levangie Law Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shinnick & Ryan, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sims and Ocken | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Aguilera Law Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Timothy Nally Lewis risbois Bigaard and Smityh | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Todd Knudsen Sellar Hazard & Lucia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Todd Knudsen Sellar Hazard & Lucia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Todd M. Kennedy Gutride Safier, L P | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ulich Ganion Balmuth Fisher | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wagner Jones Helsley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| West Coast Casualty Service, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wilke Fleury Hoffelt, Gould & Birney, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wood Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wood Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wood Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---:|---:|---:|---:|
| Henning & Berman,LLP | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $2,500.00 | $4,412,555.45 | $2,829,985.45 | $260,264.25 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 15-24946-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | DOOR, SACRAMENTO A-1 | Date Filed (f) or Converted (c): | 06/19/2015 (f) |
| For the Period Ending: | 5/9/2019 | §341(a) Meeting Date: | 07/20/2015 |
| | | Claims Bar Date: | 10/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Wells Banking 7530 and Sweep account 1801 | $20,000.00 | $20,000.00 | | $19,553.48 | FA |
| 2 Office Equipment | $300.00 | $300.00 | | $0.00 | FA |
| Asset Notes: Dell Desktop and Laptop | | | | | |
| 3 Dell Class action settlment (u) | $0.00 | $0.00 | | $73.55 | FA |
| 4 outstanding collections (u) | $0.00 | $0.00 | | $709.91 | FA |
| 5 other litigation Cross Complaint Zurich v. Sac A1 Door | Unknown | $10,000.00 | | $0.00 | FA |
| Asset Notes: Debtor retained Blaine Smith to represent them in bad faith action for billing practices for self insure retentions and claims made deductibles in Construction Defect cases. Complex litigation issues being reviewed now by General Counsel retained by estate.. See asset 9 which resolves this asset and asset 8 in global compromise motion.. | | | | | |
| 6 Various cross complaints filed in conjunction with construction defect claims and debtors ability to tender defense or pursue recovery | Unknown | $1,000.00 | | $0.00 | FA |
| Asset Notes: Trustee doubts this asset will recover anything for the estate but needs further investigation into the claims. | | | | | |
| 7 possible Director and officers insurance claims (u) | $0.00 | $25,000.00 | | $0.00 | FA |
| Asset Notes: Amendment to policy in force appears to have exclusion but investigation underway. Part of settlement proposal is to allow the D&O to pursue action against broker. | | | | | |
| 8 Disbursements made to shareholders that did not provide adequate protection for corporate debts (u) | $0.00 | $1,000,000.00 | | $0.00 | FA |
| Asset Notes: See asset 9 which resolves asset 8 and asset 5 in compromise of the voidable transfer and other issues in dispute. | | | | | |
| 9 Voidable Transfer litigation against board of Directors and owners of corporation (u) | $0.00 | $765,000.00 | | $765,000.00 | FA |
| Asset Notes: Compromise motion approved per order #385 granting motion #371 | | | | | |
| **TOTALS (Excluding unknown value)** | **$20,300.00** | **$1,821,300.00** | | **$785,336.94** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

03/20/2019     Last outstanding checks have cleared the bank. Will TDR when statements arrive 4/2/19.

12/06/2018     IRS prompt determination letter dated November 8, 2018 states the tax period ending 08/2018 was not selected for audit.

| **Case No.:** | 15-24946-C-7 | **Trustee Name:** | Kimberly Husted |
|---|---|---|---|
| **Case Name:** | DOOR, SACRAMENTO A-1 | **Date Filed (f) or Converted (c):** | 06/19/2015 (f) |
| **For the Period Ending:** | 5/9/2019 | **§341(a) Meeting Date:** | 07/20/2015 |
| | | **Claims Bar Date:** | 10/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Date | Note |
|---|---|
| 12/01/2018 | Trustee compensation hearing set for 12/11/18 and UST filed the TFR on PACER on 11/28. We will be able to disburse this year and avoid further tax payments. |
| 10/15/2018 | General counsel fee application set for November 6, 2018. Should be able to prepare TFR immediately thereafter. |
| 09/12/2018 | sending final 2018 taxes out today (9-12-18), starting 60 day prompt determination period. ` TFR to be 11-14 to 16 |
| 09/11/2018 | All payments received. Will pay Special Counsel this week. |
| 07/24/2018 | Letter form General Counsel to Creditor in Claim 1 resulted in correction of their claim. Amended filing properly reflects General unsecured status for legal fees owed by debtor. |
| 05/25/2018 | IRS prompt determination letter for tax year 2017 received. Return is accepted without audit. |
| 04/18/2018 | Version of agreement received today and reviewed/approved, but some parties are lagging in making any comments yet. |
| 03/05/2018 | Global settlement agreed for $765K with draft agreement being circulated. |
| 01/04/2018 | Lots of activity on the Adversary case filed by Board Members against Creditor Zurich to prove their claim. Special Counsel is working to see if a global compromise can't be agreed and presented to court. |
| 08/29/2017 | Complaint served against former Board, responses coming in - they request a jury trial. Dates and determination of whther this will stay in BK court will be discussed 9/26/17 at 10am in Dept C. |
| 04/20/2017 | Trustee, Trustee's professionals have put together a binder and documents to seek special counsel on contingency to pursue fraudulent conveyance actions against former D&O and shareholders for the $10M that was disbursed prior to the exhaustion of the "expected liabilities" as they related to Construction defect claims. Worked for several months with largest creditor Zurich to determine true value of their claim and see if a compromise could be reached which would incent cooperation in a compromise by the former D&O's. Counsel for Zurich, Lewis Brisboise has declined to assist in this regard or to act as Special counsel in litigation against the D&O's. Shopping to alternative litigators now. |
| 04/11/2017 | Third conference call with Tim Nally of Lewis Brisbois and his partner in So Cal who is herself a Trustee to discuss the viability of the fraudulent transfer action, strategies to include discussion of possible mediation, review of the WC claim as well as the analysis done on the Zurich claim for CD Deductibles. If they will go forward to represent estate as Special Counsel on contingency, expenses would be stated as a top line reimbursement. Statute was acknowledged and they know they must get back to us with a final response. |
| 03/21/2017 | IRS Prompt determination accepted for 2016 year. |
| 02/15/2017 | Dept of Treasure sent notice that the last tax return we prepared and submitted for the entity for tax year ending in 12-2015 was accepted. Filing new tax return for year of 2016 today. |
| 12/01/2016 | Discussions with attorneys for Zurich about pursuit of claims against shareholders. Former CFO Wilson has retained Downey Brand to defend against such actions. |
| 09/15/2016 | 2015 Tax return prepared and filed. |
| 04/15/2016 | Extensive forensic work has been done to determine the value of the company, the claims, the disbursements to share holders. Multiple 341 meetings held to explore various claims and resolutions. Potential settlements will be proposed to parties to resolve the outstanding claims and avoid further litigation expenses. |

**Initial Projected Date Of Final Report (TFR):**    12/16/2016      **Current Projected Date Of Final Report (TFR):**    12/03/2018      /s/ KIMBERLY HUSTED

KIMBERLY HUSTED

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-24946-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | DOOR, SACRAMENTO A-1 | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6276 | Checking Acct #: | ******4946 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2015 | (1) | Wells Fargo Bank | Proceeds from Bank Account | 1129-000 | $19,528.48 | | $19,528.48 |
| 07/21/2015 | (3) | Mohan Dell Litigation | Turnover of class action settlment | 1249-000 | $73.55 | | $19,602.03 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.18 | $19,592.85 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.60 | $19,561.25 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.53 | $19,530.72 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.50 | $19,499.22 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.44 | $19,468.78 |
| 12/14/2015 | (4) | Nor Cal Collections | from collections | 1221-000 | $132.82 | | $19,601.60 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.52 | $19,570.08 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.57 | $19,538.51 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.48 | $19,509.03 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.47 | $19,477.56 |
| 04/15/2016 | 20001 | Franchise Tax Board | Payment per order 165 for 2016 Corporate tax for 64-1426276 | 2820-000 | | $800.00 | $18,677.56 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.32 | $18,647.24 |
| 05/12/2016 | (4) | Northern CA Collection Service | Refund from Beechum Construction | 1221-000 | $67.40 | | $18,714.64 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.14 | $18,684.50 |
| 06/08/2016 | (4) | O'Reilly Auto Parts | from OReilly | 1221-000 | $401.67 | | $19,086.17 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.16 | $19,057.01 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.09 | $19,026.92 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.04 | $18,996.88 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.25 | $18,967.63 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.59 | $18,937.04 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.56 | $18,907.48 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.50 | $18,876.98 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.45 | $18,846.53 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.45 | $18,819.08 |
| 03/05/2017 | (4) | No Calif Collection Service | Refund from Collections | 1221-000 | $108.02 | | $18,927.10 |
| | | | **SUBTOTALS** | | $20,419.96 | $1,384.84 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-24946-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | DOOR, SACRAMENTO A-1 | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6276 | Checking Acct #: | ******4946 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2017 | (1) | Wells Fargo | Proceeds from Bank Account | 1129-000 | $25.00 | | $18,952.10 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.49 | $18,921.61 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.53 | $18,892.08 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.06 | $18,864.02 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.12 | $18,836.90 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.98 | $18,808.92 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.94 | $18,780.98 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.00 | $18,753.98 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.86 | $18,726.12 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.92 | $18,699.20 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.78 | $18,671.42 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.74 | $18,643.68 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.01 | $18,618.67 |
| 03/11/2018 | 20002 | Franchise Tax Board | 2017 tax for FEIN 94-1426276 per Order 359 | 7200-000 | | $829.00 | $17,789.67 |
| 03/11/2018 | 20003 | Franchise Tax Board | 2018 tax for FEIN 94-1426276 per Order 359 | 2820-000 | | $800.00 | $16,989.67 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.16 | $16,962.51 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.42 | $16,938.09 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.16 | $16,912.93 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.31 | $16,888.62 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.09 | $16,863.53 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $4.04 | $16,859.49 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($4.04) | $16,863.53 |
| 08/29/2018 | (9) | Karen M Goodman/David Meegan | Payment per order #385 for clients R. Hanson, L. Bloom, E. Conley III, M. Conley, C. Bem, T. Worden, J. Conley | 1241-000 | $217,350.00 | | $234,213.53 |
| 08/29/2018 | (9) | Carol Coy | Payment pursuant to Order #385 | 1241-000 | $78,075.00 | | $312,288.53 |
| 08/29/2018 | (9) | Geoff Hughes | Payment pursuant to Order #385 | 1241-000 | $7,500.00 | | $319,788.53 |
| 08/29/2018 | (9) | Carolyn Young | Payment pursuant to Order #385 | 1241-000 | $17,475.00 | | $337,263.53 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5,902.11 | $331,361.42 |
| | | | **SUBTOTALS** | | $320,425.00 | $13,892.79 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-24946-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | DOOR, SACRAMENTO A-1 | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6276 | Checking Acct #: | ******4946 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 6/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/05/2018 | (9) | Daniel Franke | Pursuant to court approved compromise | 1241-000 | $9,375.00 | | $340,736.42 |
| 09/05/2018 | (9) | Richard Hanson | Pursuant to court approved compromise | 1241-000 | $9,375.00 | | $350,111.42 |
| 09/05/2018 | (9) | Sara Walsh | Pursuant to court approved compromise | 1241-000 | $44,475.00 | | $394,586.42 |
| 09/05/2018 | (9) | Jeffrey S. Wilson | Pursuant to court approved compromise | 1241-000 | $289,650.00 | | $684,236.42 |
| 09/05/2018 | (9) | Audrey Hubbert | Pursuant to court approved compromise | 1241-000 | $7,500.00 | | $691,736.42 |
| 09/05/2018 | (9) | Dale and Penny Winchester | Payment per court approved settlement | 1241-000 | $82,500.00 | | $774,236.42 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($5,902.11) | $780,138.53 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $501.28 | $779,637.25 |
| 09/12/2018 | (9) | Robert Culp | Approved settlement proportional payment | 1241-000 | $1,725.00 | | $781,362.25 |
| 09/17/2018 | 20004 | Christopher Sullivan | Approved per order ecf#385 | * | | $306,803.18 | $474,559.07 |
| | | | Approved per order ecf#385  $(305,464.54) | 3210-600 | | | $474,559.07 |
| | | | $(1,338.64) | 3220-610 | | | $474,559.07 |
| 10/15/2018 | 20005 | Michael Gabrielson | Approved per order 410 | * | | $88,559.70 | $385,999.37 |
| | | | Approved per order 410  $(87,609.50) | 3410-000 | | | $385,999.37 |
| | | | $(950.20) | 3420-000 | | | $385,999.37 |
| 11/14/2018 | 20006 | Dana Suntag | Fees and expenses approved by Order 419 | * | | $82,771.37 | $303,228.00 |
| | | | Fees and expenses approved by Order 419  $(82,377.00) | 3210-000 | | | $303,228.00 |
| | | | $(394.37) | 3220-000 | | | $303,228.00 |
| 12/29/2018 | 20007 | Kimberly Husted | Trustee Expenses | 2200-000 | | $453.88 | $302,774.12 |
| 12/29/2018 | 20008 | Kimberly Husted | Trustee Compensation | 2100-000 | | $42,516.85 | $260,257.27 |
| 12/29/2018 | 20009 | Farmer Smith &#038; Lane, LLP | Claim #: 1; Amount Allowed: 14,836.00; Distribution Dividend: 9.17; Account Number: ; Dividend: 0.44; | 7100-000 | | $1,360.47 | $258,896.80 |
| 12/29/2018 | 20010 | BFBA, LLP | Claim #: 3; Amount Allowed: 2,500.00; Distribution Dividend: 9.17; Account Number: ; Dividend: 0.07; | 7100-000 | | $229.25 | $258,667.55 |
| 12/29/2018 | 20011 | First Mercury Insurance Company | Claim #: 4; Amount Allowed: 18,325.17; Distribution Dividend: 9.17; Account Number: ; Dividend: 0.55; | 7100-000 | | $1,680.43 | $256,987.12 |
| 12/29/2018 | 20012 | Zurich American Insurance Company | Claim #: 5; Amount Allowed: 2,750,000.00; Distribution Dividend: 9.17; Account Number: ; Dividend: 83.16; | 7100-000 | | $252,176.58 | $4,810.54 |
| | | | **SUBTOTALS** | | $444,600.00 | $1,023,327.46 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-24946-C-7 | | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | DOOR, SACRAMENTO A-1 | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6276 | | **Checking Acct #:** | ******4946 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/19/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/9/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/29/2018 | 20013 | Brookview Ventures, LLC | Claim #: 6; Amount Allowed: 16,495.00; Distribution Dividend: 9.17; Account Number: ; Dividend: 0.49; | 7100-000 | | $1,512.60 | $3,297.94 |
| 12/29/2018 | 20014 | Andrew Kelso | Claim #: 7; Amount Allowed: 27,000.00; Distribution Dividend: 9.17; Account Number: ; Dividend: 0.81; | 7100-000 | | $2,475.92 | $822.02 |
| 12/29/2018 | 20015 | FRANCHISE TAX BOARD | Claim #: 8; Amount Allowed: 822.02; Distribution Dividend: 100.00; Account Number: ; Dividend: 0.27; | 5800-000 | | $822.02 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $785,336.94 | $785,336.94 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $785,336.94 | $785,336.94 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $785,336.94 | $785,336.94 | |

| For the period of 6/19/2015 to 5/9/2019 | | For the entire history of the account between 07/21/2015 to 5/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $785,336.94 | Total Compensable Receipts: | $785,336.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $785,336.94 | Total Comp/Non Comp Receipts: | $785,336.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $785,336.94 | Total Compensable Disbursements: | $785,336.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $785,336.94 | Total Comp/Non Comp Disbursements: | $785,336.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-24946-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | DOOR, SACRAMENTO A-1 | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6276 | | Checking Acct #: | ******4946 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/19/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $785,336.94 | $785,336.94 | $0.00 |

| For the period of 6/19/2015 to 5/9/2019 | | For the entire history of the case between 06/19/2015 to 5/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $785,336.94 | Total Compensable Receipts: | $785,336.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $785,336.94 | Total Comp/Non Comp Receipts: | $785,336.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $785,336.94 | Total Compensable Disbursements: | $785,336.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $785,336.94 | Total Comp/Non Comp Disbursements: | $785,336.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED